UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ANTHONY RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 1:20-cv-00055-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE OPENING BRIEF** |

    Plaintiff Arthur Anthony Rodriguez proceeds with his appeal of the denial of his application for social security disability benefits by Defendant Andrew Saul, Commissioner of Social Security. On May 26, 2020, the Commissioner lodged the certified administrative record (CAR) of the agency proceedings. Doc. 11. Accordingly, on May 28, 2020, the Court lifted the stay of the case in accordance with the provisions of General Order 615. Doc. 12.

    Pursuant to paragraph 3 of the scheduling order in this case (Doc. 5), within thirty days of the Commissioner's filing of the CAR, Plaintiff was to serve the Commissioner with a confidential letter brief setting forth the reasons why remand is warranted, and to file proof of such service with the Court. Although more than thirty days has now passed since the Commissioner filed the CAR, and the Court lifted the stay, Plaintiff has not yet filed with the Court proof of service of the confidential letter brief.

    Accordingly, it is hereby ORDERED that no later than fifteen (15) days from the date of this order, Plaintiff shall serve a confidential letter brief on the Commissioner, if such service has not already occurred, and shall thereafter file proof of such service with the Court.

IT IS SO ORDERED.

    Dated:   **July 3, 2020**            **/s/ Gary S. Austin**

1 UNITED STATES MAGISTRATE JUDGE

3 .